FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 04-496-SVW

UNITED STATES OF AMERICA, )
           Plaintiff, )
               v. )
Marcos Hinojosa )
           Defendant. )

ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

1          The court concludes:

2   A.    (✓)    Defendant poses a risk to the safety of other persons or the community

3                because defendant has not demonstrated by clear and convincing

4                evidence that:

5           _____

6           _____

7           _____

8           _____

9

10   (B)    (✓)    Defendant is a flight risk because defendant has not shown by clear

11                and convincing evidence that:

12           _____

13           _____

14           _____

15           _____

16

17       IT IS ORDERED that defendant be detained.

18

19 DATED: 12/12/2011

20

21

22

23                    _____

                     JOHN E. MCDERMOTT

24                 UNITED STATES  MAGISTRATE JUDGE

25

26

27

28